IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTO DURAN, JR.,

        Petitioner,                      No. CIV S-08-0136 GEB KJM P

    vs.

K. SISTO, Warden,

        Respondent.               <u>ORDER</u>

                                    /

        Petitioner has filed two requests for an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of January 24, 2008. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's requests for an extension of time (docket nos. 4 and 5) are granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis. No further extensions of time will be granted.

DATED: March 17, 2008.

                                                    U.S. MAGISTRATE JUDGE

/mp
dura0136.111sec