IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTO DURAN, Jr.,

        Petitioner,               No. CIV S-08-0136 GEB KJM P

    vs.

K. SISTO,

        Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 12, 2008, the court recommended that the action be dismissed because of petitioner's failure to file an application to proceed in forma pauperis.

        Petitioner filed objections to the findings and recommendations, explaining that he is in the process of complying with the court's previous order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed May 12, 2008 (docket no. 7), are vacated;

        2. Petitioner is given an additional thirty days from the date of this order in which to file his request to proceed in forma pauperis; and

1

1         3. The Clerk of the Court is directed to send petitioner an application to proceed
2 in forma pauperis for use by a habeas petitioner.
3 DATED: June 5, 2008.

                                                U.S. MAGISTRATE JUDGE

/dura0136.vf&r

2