IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTO DURAN, Jr.,

      Petitioner,                    No. CIV S-08-136 GEB KJM P

    vs.

K. SISTO, Warden,

      Respondent.            ORDER

_____/

      Petitioner has requested an enlargement of time to file objections to the October 23, 2008, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's request for an enlargement of time (Docket No. 13) is granted; and

      2. Petitioner is granted up to and including January 29, 2009, to file his objections to the findings and recommendations.

DATED: December 5, 2008.

                                         U.S. MAGISTRATE JUDGE

/kly
dura0136.111